AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andres Facemyer

was received by me on *(date)* 4/24/2013 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* James Facemyer , a person of suitable age and discretion who resides there,

on *(date)* 6/2/13 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/13

*Server's signature*

Robert Rice - Process Server
*Printed name and title*

ATLANTA LEGAL SERVICES, INC.
3070 Presidential Drive
Suite 148
Atlanta, Georgia 30340

*Server's address*

Additional information regarding attempted service, etc: