# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAN J. BENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| ) | NO. 1:13-CV-0595 |
| ANDRES FACEMYER, ) | |
| in his individual capacity, ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANT FACEMYER'S REVISED PROPOSED VERDICT FORM**

1. Did Officer Facemyer have arguable probable cause to arrest Mr. Benson?

    _____ Yes

    _____ No

*If you answered "no," please proceed to the next question. If you answered "yes," do not answer the remaining questions.*

2. Did Officer Facemyer have probable cause to arrest Mr. Benson?

    _____ Yes

    _____ No

*If you answered "no," please proceed to the next question. If you answered "yes," do not answer the remaining questions.*

3. Please state the amount of compensatory damages that should be awarded to Mr. Benson: $ _____.

4. Did Officer Facemyer act with malice or reckless indifference to Mr. Benson's federally protected rights?

_____ Yes

_____ No

*If you answered "yes," proceed to the next question. If you answered no, do not answer the remaining question:*

5. Please state the amount of punitive damages that should be awarded to Mr. Benson: $_____.

So say we all on this ____ day of _____, 2015.

_____
Foreperson

Respectfully submitted this 22nd day of January, 2015.

                         <u>/s/Tamara N. Baines</u>
                         **ROBERT N. GODFREY**
                         Chief Counsel
                         Georgia Bar No. 298550
                         **TAMARA N. BAINES**
                         Sr. Assistant City Attorney
                         Georgia Bar No. 032460
                         **LASHAWN W. TERRY**
                         Sr. Assistant City Attorney
                         Georgia Bar No. 702578
                         **VERONICA L. HOFFLER**
                         Assistant City Attorney
                         Georgia Bar No. 358799

                         ***Attorneys for Defendant Facemyer***

City of Atlanta Law Department
55 Trinity Avenue
Suite 5000
Atlanta, GA 30303
(404) 546-4115 (telephone)
(404) 546-8366 (facsimile)
tbaines@atlantaga.gov

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **DAN BENSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION FILE** |
| v. | § | **1:13-CV-0595-WSD** |
| | § | |
| **ANDRES FACEMYER,** | § | |
| | § | |
| **Defendant.** | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I electronically filed the foregoing **DEFENDANT FACEMYER'S REVISED PROPOSED VERDICT FORM** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

Jeffrey R. Filipovits
Filipovits Law Firm, P.C.
2900 Chamblee-Tucker Road
Building 1
Atlanta, GA 30341


/s/ TAMARA N. BAINES
**TAMARA N. BAINES**
Sr. Assistant City Attorney
Georgia Bar No. 032460

*Attorney for Defendant Facemyer*