Is it illegal to say the word "panties" to a minor?

Please provide again the GA code 6-6-4 (definition of child molestation)

What time was Dr. Benson actually placed under arrest?

How does the law define an immoral or indecent act?

FILED IN OPEN COURT

FEB 04 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Melissa Monroe
MELISSA MONROE
2-4-2015

#1

1. Can you define the word <u>intentionally</u> for us?

FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 04 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

MELISSA B. MONROE.

#2

We are having extreme difficulty reaching a unamious decision.

2/4/2015

Melissa B. Monroe
MELISSA B. MONROE

FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 04 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

#3