Your Honor,

We have been unable to reach a unamious decision.

Melissa Mom—
MELISSA MONROE.
2·5·2015

FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 05 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

#1

Your Honor,

Can we award general terms such as "attorney fees" for nominal damages or do we have to decide on a specific amount?

*Melissa Monroe*
MELISSA MONROE
2/5/2015

FILED IN OPEN COURT
Atlanta

FEB 05 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

#1

Your Honor,

Is it OK to make a correction (ex. cross something out) on the verdict form? If not, can you provide us with a new form as I have made a mistake. I do apologize, we mis-read something

*Melissa B. Monroe* (signature)
MELISSA B. MONROE
2·5·2015

FILED IN OPEN COURT
U S D C   Atlanta

FEB 05 2015

JAMES N. HATTEN, Clerk
By: (signature) Deputy Clerk

#3