FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 05 2015

, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| DAN J. BENSON<br><br>        Plaintiff,<br><br>v.<br><br>OFFICER ANDRES FACEMYER,<br><br>        Defendant. | 1:13-cv-595-WSD |

## VERDICT

**Do you find that Plaintiff proved by a preponderance of the evidence:**

1. That Officer Facemyer intentionally violated Mr. Benson's right by arresting him without probable cause?

    __X__ Yes

    _____ No

**If you answered "No" to Question 1, stop, and sign and date this form. If you answered "Yes" to Question 1, proceed to Question 2.**

2. That the arrest caused Mr. Benson an actual injury?

    __X__ Yes

    _____ No

**If you answered "No" to Question 2, stop, and sign and date this form. If you answered "Yes" to Question 2, proceed to Questions 3-5.**

    3. That Mr. Benson should be awarded compensatory damages against Officer Facemyer to compensate him for damages Mr. Benson suffered prior to being indicted?

        __X__ Yes

        _____ No

        If your answer is "Yes," in what amount? $ _472,000.00_

**Additional Compensatory Damage Question**

    4. That Mr. Benson should be awarded compensatory damages against Officer Facemyer to compensate him for damages Mr. Benson suffered after being indicted?

        _____ Yes

        __X__ No

        If your answer is "Yes," in what amount? $ _____

**If you answered "Yes" to Questions 3 or 4, stop, and sign and date this form. If you answered "No" to Questions 3 and 4, proceed to Question 5.**

    5. That Mr. Benson should be awarded nominal damages against Officer Facemyer?

        _____ Yes

        _____ No

        If your answer is "Yes," in what amount? $ _____

**SO SAY WE ALL.**

This  5th  day of February, 2015.

_Melissa  B. Monroe_  
Foreperson Printed Name

_Melissa B. Mon___  
Foreperson Signature