FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 04 2015

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAN J. BENSON,<br><br>  Plaintiff,<br><br>v.<br><br>ANDRES FACEMYER,<br><br>  Defendant. | 1:13-cv-595-WSD |

### ORDER

Following the charge of the Court to the Jury, this case was submitted to the Jury for deliberations. The Court concluded that the Jury should begin deliberations immediately.

Therefore, it is hereby **ORDERED** that the Court cover the expenses of lunch for the Jurors during their deliberations in this case.

**SO ORDERED** this 4th day of February, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE