| | | |
|---|---|---|
| AO44 (Rev 11/07) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA | |

INVOICE NO: 20150024

MAKE CHECKS PAYABLE TO:

Jeffrey Filipovits
Filipovits Law Firm PC
Building 1
2900 Chamblee-Tucker Road
Atlanta, GA 30341

Phone: (770) 455-1350
FAX: (770) 455-1449

jrfilipovits@gmail.com

Nicholas A. Marrone, RMR, CRR
Judge Duffey's Chambers
1721 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Phone: (404) 215-1486

Tax ID: 55-0916865
nicholas_marrone@gand.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 02-10-2015 | DATE DELIVERED: 02-11-2015 |

Case Style: 1:13-CV-595-WSD, Dan J. Benson v City of Atlanta, et al.
Transcript of the 1/30/2015 pretrial conference (66 pgs.) and 2/2-5/2015 jury trial (415 pgs.) before Judge Duffey.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 481 | 0.90 | 432.90 | | | | 432.90 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 432.90 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $432.90 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *[signature: N. Marrone]*

DATE: 02-11-2015

(All previous editions of this form are cancelled and should be destroyed)