## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 09, 2016

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 15-14571-CC
Case Style: Dan Benson v. Andres Facemyer
District Court Docket No: 1:13-cv-00595-WSD

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 15-14571

_____

District Court Docket No.
1:13-cv-00595-WSD

DAN J. BENSON,

                              Plaintiff - Appellee
                              Cross-Appellant,

versus

OFFICER ANDRES FACEMYER,
in his individual capacity,

                              Defendant - Appellant
                              Cross-Appellee.

_____

Appeals from the United States District Court for the
Northern District of Georgia
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 20, 2016
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 09/09/2016**

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __15-14571-CC__

DAN J. BENSON, Plaintiff-Appellee, Cross-Appellant    vs.    OFFICER ANDRES FACEMYER, Defendant-Appellant, Cross-Appellee

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellant's Brief | | | | | | | |
| Appendix | | | | | | | |
| Appellee's Brief | X | | 61 | 7 ✓ | 427 | 64.05 ✓ | 64.05 |
| Reply Brief | | | | ✓ | | | |
| Appellee's Reply Brief | X | | 27 | 7 ✓ | 189 | 28.35 ✓ | 28.35 |
| Supplemental Appendix | X | | 65 | 5 ✓ | 325 | 48.75 ✓ | 48.75 |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | TOTAL | | $141.15 REQUESTED | $ $141.15 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _[signature]_
Attorney Name: __Jeffrey R. Filipovits__
(Type or print your name)
E-mail: __jeff@law.filipovits.com__
Street Address/City/State/Zip: __2900 Chamblee Tucker Road, Building 1, Atlanta, GA 30341__

Date Signed: __7/21/16__
Attorney for: __Dan J. Benson__
(Type or print name of client)
Phone: __770-455-1350__

---

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ __$141.15__ against __Appellant__
and are payable directly to __Appellee__

David J. Smith, Clerk of Court

By: __Tresa Porter__    DATE: __7/25/16__
Deputy Clerk

Issued on: _____

BOC Rev.: 3/15

**ISSUED AS MANDATE 09/09/2016**