IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAN BENSON,

    Plaintiff,

v.

ANDRES FACEMYER,

    Defendant.

1:13-cv-595-WSD

FILED IN OPEN COURT
U.S.D.C. - Atlanta
MAY 16 2017
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## VERDICT FORM

**A.** **Damages for period from placement of handcuffs to formal arrest**

1. Do you find that Dan Benson has proved by a preponderance of the evidence that he suffered damages for emotional pain and mental anguish from the time he was placed in handcuffs until he formally was arrested by Officer Facemyer on February 22, 2011?

   _____ Yes

   ✓ No

**If the answer is "Yes," please answer question 2, then proceed to section B. If the answer is "No," skip question 2, and proceed to section B.**

2. What is the amount of damages for emotional pain and mental anguish which Mr. Benson proved by a preponderance of the evidence that he suffered from the time he was placed in handcuffs until he formally was arrested by Officer Facemyer on February 22, 2011?

   $ 0

B. **Damages for period from formal arrest to indictment on March 11, 2011**

    1. Do you find that Dan Benson has proved by a preponderance of the evidence that he suffered damages for emotional pain and mental anguish from the time he formally was arrested by Officer Facemyer on February 22, 2011, until he was indicted on March 11, 2011?

        ✓ Yes

        ____ No

**If the answer is "Yes," please proceed to question 2. If the answer is "No," you are done, skip question 2 and the foreperson should sign and date this verdict form.**

    2. What is the amount of damages for emotional pain and mental anguish which Mr. Benson proved by a preponderance of the evidence that he suffered from the time he formally was arrested by Officer Facemyer on February 22, 2011, until he was indicted on March 11, 2011?

        $ -0-

**SO SAY WE ALL.**

This 16 day of May, 2017.

_Darrell L. Shealy_           _Darrell L. Shealey_
Foreperson's Signature          Foreperson's Printed Name