IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAN J. BENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | 1:13-cv-595-WSD |
| ANDRES FACEMYER, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Dan J. Benson and appeals to the Eleventh Circuit Court of Appeals pursuant to Fed. R. App. P. 3. This notice is timely filed under Fed. R. App. P. 4(1)(A) because it is filed within 30 days of the entry of the Court's final judgment [Doc. 145, entered May 17, 2017]. Plaintiff appeals from this Court's order granting Defendant's motion for new trial [Doc. 72].

This Notice of Appeal is being filed electronically, and the payment of filing and docketing fees required by 28 U.S.C. §1913 and §1917 is being remitted electronically to the Clerk of this Court pursuant to Fed. R. App. P. 3(e), contemporaneously with the filing of this Notice of Appeal.

Respectfully submitted, this 14th day of June, 2017.

/s/Jeffrey R. Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553
*Attorney for Plaintiff*

FILIPOVITS LAW FIRM, P.C.
2900 Chamblee-Tucker Road
Building 1
Atlanta, Georgia 30341
Phone: 770-455-1350
Fax: 770-455-1449
jrfilipovits@gmail.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

/s/Jeffrey R. Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Cross-Appeal with the Clerk of Court using the CM/ECF notification system which electronically sends a copy of the filing via email to all counsel of record.

This 14th day of June, 2017.

/s/ Jeffrey R. Filipovits
Jeffrey R. Filipovits
Georgia Bar No. 825553
*Attorney for Plaintiff*

FILIPOVITS LAW FIRM, P.C.
2900 Chamblee-Tucker Road
Building 1
Atlanta, Georgia 30341
Phone: 770-455-1350
Fax: 770-455-1449
jrfilipovits@gmail.com